UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
POORAN LALL,

                Plaintiff,

      v.

THE CITY OF NEW YORK, THE NEW YORK CITY
BOARD OF EDUCATION, MOSES OJEDA, LOTUS
TRIOLA,

                Defendants.
------------------------------------------------------------------x

**ORDER**
17-CV-3609 (WFK) (LB)

**WILLAM F. KUNTZ, II, United States District Judge:**

Upon careful review of the motion papers, *see* ECF Nos. 45-47, 50, the Court hereby GRANTS in part and DENIES in part Defendants' motion for summary judgment, ECF No. 45. Defendants' motion for summary judgment is GRANTED as to Plaintiff's § 1981 claims, New York State and City Human Rights Laws claims, and all claims against the City of New York, and is DENIED as to all other claims.

A pretrial conference will be held on March 19, 2020 at 12:00 Noon in Courtroom 6H North before the Honorable William F. Kuntz, II. Counsel should confer in advance of the conference on a mutually convenient date for trial within the next 120 days.

A Memorandum of Decision will issue. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 45.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2019
       Brooklyn, New York